UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK HEARRING,<br><br>　　　　　　　　　　　Petitioner,<br>v.<br>WILLIAM REUBART, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:22-cv-00377-LRH-CSD<br><br>**ORDER** |

　　　　This habeas matter is before the Court on Petitioner Frank Hearring's motion to extend time. (ECF No. 6.) On September 19, 2022, this Court ordered Petitioner to file a "Response to Order to Show Cause" on or before October 17, 2022, showing cause why this action should not be dismissed without prejudice for a lack of jurisdiction based on the Petition being second or successive. (ECF No. 5.) Petitioner requests an additional 60 days to file his "Response to Order to Show Cause" because he is currently preparing discovery in a different case. (ECF No. 6.) Good cause appearing,

　　　　**IT IS THEREFORE ORDERED** that Petitioner's motion to extend time (ECF No. 6) is granted. Petitioner has until on or before December 16, 2022, to file his "Response to Order to Show Cause."

　　　　DATED this 31st day of October 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE